**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KENNETH JENKINS,                    ) NO. CV 09-03623 VAP (SS)
                                    )
                 Petitioner,        )
                                    )
        v.                          )        **JUDGMENT**
                                    )
JAMES HARTLEY, Warden,              )
                                    )
                 Respondent.        )
_____)


        Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,


        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 22, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE